UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Fiorito, | File No. 22-cv-486 (ECT/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Warden Fikes, | |
| Respondent. | |

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on March 16, 2022.  ECF No. 40.  No party has objected to that Report and Recommendation,[1] and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED** and this action is **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

2. Petitioner Michael Fiorito's Motion for Appointment of Counsel [ECF No. 4] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 23, 2022                              s/ Eric C. Tostrud
                                                 Eric C. Tostrud
                                                 United States District Court

---

[1] Fiorito's original deadline to object was March 30, 2022, but his time was extended until May 12.  ECF No. 6.